# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

R.M., individually,

          Plaintiff,

  v.

STATE OF WASHINGTON, et al,

          Defendants.

Case No. 3:18-cv-05387-RBL-TLF

ORDER ON JOINT DISCOVERY PLAN

This matter comes before the Court on the parties' filing of their joint proposed discovery plan. Dkt. 42. The Court hereby adopts that plan. The following discovery and dispositive motion dates shall apply to this case:

| DESCRIPTION | DATE |
| --- | --- |
| Initial disclosures due pursuant to FRCP | August 17, 2018 |
| Motions for qualified immunity | November 18, 2018 |
| Disclosure of expert witnesses | April 19, 2019 |
| Discovery completed by | June 21, 2019 |
| Dispositive motions filed by | July 19, 2019 |
| Mediation per LCR 39.1(c)(3) held by | September 20, 2019 |

ORDER ON JOINT DISCOVERY PLAN - 1

The Clerk shall send a copy of this Order to counsel for plaintiffs and counsel for defendants.

Dated this 10th day of July, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge