UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| R.M.,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, et al,<br><br>                Defendants. | CASE NO. 3:18-cv-05387-RBL-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: November 26, 2018 |

The District Court has referred this action, filed pursuant to 28 U.S.C. § 1983, to United States Magistrate Judge Theresa L. Fricke. This matter is before the Court on the parties' joint motion for entry of a stipulated order dismissing defendant Kenneth Lauren from this lawsuit. Dkt. 46.

After reviewing the parties' joint motion and the relevant record, the undersigned recommends that the motion be granted, and that defendant Kenneth Lauren (who is deceased) be dismissed from this action with prejudice and without costs or interest to any party. Dkt. 46-1 at p.2.

Given the facts and the parties' stipulation, the undersigned recommends the District Judge immediately approve this Report and Recommendation.

Dated this 26th day of November, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge