UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

R.M.,

Plaintiff,

v.

STATE OF WASHINGTON, et al,

Defendants.

Case No. 3:18-cv-05387-RBL-TLF

ORDER DISMISSING
DEFENDANT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation; and

(2)     Defendant Kenneth Lauren is dismissed from this lawsuit with prejudice and

without costs or interest to any party.

Dated this 27th day of November, 2018.

Ronald B. Leighton
United States District Judge

ORDER DISMISSING DEFENDANT - 1