# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

R.M., individually,

                Plaintiff,

   v.

STATE OF WASHINGTON, et. al,
Defendants,

                Defendants.

Case No. 18-cv-05387-RBL-TLF

ORDER RE: STIPULATION RE-SETTING SUMMARY JUDGMENT MOTION BRIEFING DEADLINES

This matter comes before the Court on the parties' joint motion (Dkt. 66) for an order re-setting plaintiff's response and defendant's reply briefing deadlines concerning the defense motion for summary judgment (Dkt. 47). The Court conducted a phone hearing on the record, and having been advised of the relevant issues, the Court will re-note the defense motion for summary judgment for January 11, 2019.

Defendants are directed to file a supplemental brief due December 21, 2018 – addressing only the issue of qualified immunity – analyzing and applying recent opinions of the United States Court of Appeals for the Ninth Circuit, including but not limited to: *Mellen v. Winn,* 900 F.3d 1085 (9th Cir. 2018); *Thompson v. Rahr,* 885 F.3d 582 (9th Cir. 2018); *Jones v. Las Vegas Metropolitan Police Department,* 873 F.3d 1123 (9th Cir. 2017); *Morales v. Fry,* 873 F.3d 817 (9th Cir. 2017); and *Isayeva v. Sacramento Sheriff's Department,* 872 F.3d 938 (9th Cir. 2017).

ORDER RE: STIPULATION RE-SETTING SUMMARY
JUDGMENT MOTION BRIEFING DEADLINES - 1

Plaintiff's response brief is due January 7, 2019, and should address all issues raised by the defense summary judgment motion and supplemental brief on qualified immunity. The defendants' reply brief (if any) is due January 11, 2019.

Discovery shall proceed as previously ordered. Dkt. 43.

Dated this 10th day of December, 2018.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge