The Honorable Ronald B. Leighton
Magistrate Judge Theresa L. Fricke

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| R.M., <br><br> Plaintiff; <br><br> vs. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | NO. 3:18-cv-05387-RBL-TLF <br><br> PLAINTIFF'S AMENDED REPLY ON HIS MOTION TO AMEND THE COMPLAINT <br><br> **NOTED FOR: JANUARY 11, 2019** |

R.M., by and through his attorneys Michael C. Kahrs and Daniel Fiorito, hereby replies on his motion to amend the complaint.

## I.  ARGUMENT

R.M. moved to amend the complaint to conform to the evidence presented in the Defendants' motion for summary judgment and R.M.'s response. That is sufficient justification and a good reason to amend a complaint. The defendants have presented no real reasons why they are prejudiced. The issues remain the same. No new defendants have been added. There are no issues of relating back of the amendments. Fed. R. Civ. Pro. 15(c).

## IV.  CONCLUSION

For the reasons stated above, R.M. asks this Court for permission to amend the complaint.

PLAINTIFF'S AMENDED REPLY ON HIS MOTION
TO AMEND THE COMPLAINT - 1

**Kahrs Law Firm, P.S.**
2208 NW Market St., Suite 414 Seattle WA 98107
Ph: 206-264-0642 Fax: 206-237-8555
mike@kahrslawfirm.com

| | |
|---|---|
| 1 | DATED this 11[h] day of January, 2019. |
| 2 | |
| 3 | /s *Michael C. Kahrs* .<br>MICHAEL C. KAHRS, WSBA# 27085 |
| 4 | Attorney for Plaintiff |
| 5 | LAW OFFICE OF DAN N. FIORITO III |
| 6 | |
| 7 | /s Dan N. Fiorito III .<br>DAN FIORITO III, WSBA #34009 |
| 8 | Attorney for Plaintiff |

PLAINTIFF'S AMENDED REPLY ON HIS MOTION
TO AMEND THE COMPLAINT - 2

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the individuals listed below and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

TO:

    Rhjianna M. Fronapfel
    Elizabeth A. Leedom
    Bennett Bigelow & Leedom
    601 Union St. Ste. 1500
    Seattle, Wa 98101

    Ketia Berry Wick
    Brian P. Waters
    Johnson Graffe Keay Moniz & Wick
    925 Fourth Ave., Ste. 2300
    Seattle, WA 98104

    Michelle Hitomi Hansen
    7141 Cleanwater Dr. SW
    P.O. Box 40126
    Olympia, WA 98504
    Michelleh3@atg.wa.gov


s/ *Michael C. Kahrs*
Michael Kahrs

PLAINTIFF'S AMENDED REPLY ON HIS MOTION
TO AMEND THE COMPLAINT - 3

**Kahrs Law Firm, P.S.**
2208 NW Market St., Suite 414 Seattle WA 98107
Ph: 206-264-0642 Fax: 206-237-8555
mike@kahrslawfirm.com