UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| R.M.,<br><br>                Plaintiff,<br><br>      v.<br><br>STATE OF WASHINGTON, et. al.,<br><br>                Defendant. | CASE NO. 3:18-cv-05387-RBL-TLF<br><br>ORDER ON MAGISTRATE JUDGE FRICKE'S REPORT AND RECOMMENDATION AND DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation, Dkt. #102, on State Defendants' Motion for Summary Judgment, Dkt. #47. Defendants Object to the Report and Recommendation, arguing that it improperly finds facts and improperly denies their motion for summary judgment on qualified immunity "with prejudice." Dkt. #103. Defendants specifically argue that the Recommendation "erroneously relied on *Hayes v. Synder*, 546 F.3d 516 (7th Cir. 2008)," as it is "not factually analogous" and not controlling law in this case. Dkt. #103 at p. 2.

Under Rule 56, a Court may not make determinations of fact at the summary judgment stage. The Report does not make factual determinations, and this Court will not do so on a summary judgment motion.

Viewed in the light most favorable to R.M., the evidence would permit a jury to find that Defendants acted with deliberate indifference to his serious medical needs. Defendants are therefore not entitled to summary judgment on their claim of qualified immunity. This does not mean that the Court is effectively granting the summary judgment motion in R.M.'s favor.

The Court ADOPTS the remainder of the Report and Recommendation. Dkt. #102. Defendant's Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

Dated this 29th day of July, 2019.

Ronald B. Leighton
United States District Judge