UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT MADDAUS,<br><br>                Plaintiff,<br><br>  v.<br><br>JAMES J. EDWARDS and EDITH KROHA,<br><br>                Defendants. | CASE NO. C18-5387 BHS<br><br>ORDER |

THIS MATTER is before the Court on its own motion, following the parties' unsuccessful settlement conference before Magistrate Judge S. Kate Vaughan. Dkt. 191. In May 2021, Magistrate Judge Theresa L. Fricke granted pro se plaintiff Robert Maddaus's request for the appointment of pro bono counsel. Dkt. 132. The clerk was unable to secure such counsel at that time. Dkt. 134.

Since then, many of Maddaus's claims and several defendants have been dismissed. His deliberate indifference claims against defendants James Edwards and Edith Kroha, however, have survived summary judgment, Dkt. 174, and will proceed to

trial on October 17, 2023, Dkt. 184. It is therefore **ORDERED** that the Clerk and the pro bono coordinator shall again seek to locate pro bono trial counsel for Maddaus.

**IT IS SO ORDERED**.

Dated this 30th day of August, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge